UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CV-935-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER FOR DEFAULT JUDGMENT |
| TRAVIS MAURICE COX, | ) ) ) | |
| Defendant. | ) | |

UPON CONSIDERATION OF the Plaintiff's motion for Default Judgment, and the entire record,

IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment is GRANTED;

IT IS FURTHER ORDERED that the Clerk shall enter Judgement against Defendant for failure of answer and in favor of Plaintiff, United States of America, against Defendant in the amount of $1,311,327.00, including interest as of June 30, 2017, and accruing thereafter at the daily rate of $4.2937 from June 30, 2017 to the date of judgment, together with present and future costs and disbursements incurred by Plaintiff in this action;

IT IS FURTHER ORDERED that interest after date of entry of this judgment shall be at the applicable judgment rate.

SO ORDERED. This 14 day of August 2017.

                                      JAMES C. DEVER III
                                      Chief United States District Judge