UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | **CASE NO. 5:16-CV-935-D** |
| | ) | |
| TRAVIS MAURICE COX, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Judgement is entered against Defendant for failure of answer and in favor of Plaintiff, United States of America, against Defendant in the amount of $1,311,327.00, including interest as of June 30, 2017, and accruing thereafter at the daily rate of $4.2937 from June 30, 2017 to the date of judgment, together with present and future costs and

disbursements incurred by Plaintiff in this action; IT IS FURTHER ORDERED that interest after date of entry of this judgment shall be at the applicable judgment rate.

**This Judgment Filed and Entered on August 14, 2017, and Copies To:**

Roberto F. Ramirez                           (via CM/ECF electronic notification)


DATE:                                PETER A. MOORE, JR., CLERK

August 14, 2017                      (By) /s/ Nicole Briggeman
                                         Deputy Clerk